THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLIN NORMAN BELL,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFREY A. UTTECHT,<br><br>  Respondent. | CASE NO. C15-0076-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING HABEAS PETITION |

This matter comes before the Court on the petition of Merlin Norman Bell for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. No. 8.)  The Honorable Mary Alice Theiler, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Dkt. No. 19) advising this Court to deny Petitioner's habeas petition.  Petitioner submitted a "Request for Sufficient Legal Representation" (Dkt. No. 20) that does not contain objections to the R&R.  Petitioner submitted no objections to the R&R.  After thoroughly considering the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Petitioner's habeas petition is DENIED with prejudice and this action is DISMISSED with prejudice;

3. Petitioner is DENIED a certificate of appealability with respect to all claims raised in

his habeas petition;

4. An evidentiary hearing shall not be required;

5. Petitioner's Request for Sufficient Legal Representation (Dkt. No. 20) is DENIED on the grounds that there is no constitutional right to counsel in federal habeas proceedings, *McCleskey v. Zant*, 499 U.S. 467, 495 (1991), no evidentiary hearing is to be held, and Petitioner has not shown that the interests of justice require appointment of counsel; and

6. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

It is so ORDERED.

DATED this 21st day of July 2015.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING HABEAS
PETITION
PAGE - 2